COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Irma K. Ortega, as Next Friend of A.G.T., a Minor v. Phan-Tran Property Management, LLC, Minh Phan and Misty Tran

Appellate case number:   01-15-00676-CV

Trial court case number:  2013-74660

Trial court:            334th District Court of Harris County

Date motion filed:       June 14, 2016

Party filing motion:     Appellant

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Terry Jennings
                    Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Lloyd

Date: July 7, 2016